IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Tinsley,<br><br>    Plaintiff,<br><br>  v.<br><br>Dora B. Schriro, et al.,<br><br>    Defendants. | No. CV 07-1676 PHX-NVW (CRP)<br><br>**ORDER** |

Pending before the court is the Report and Recommendation ("R&R") of Magistrate Judge Pyle (Doc. # 28) regarding Plaintiff's Request for Preventative Relief/Preliminary Injunction (Doc. # 5). The Request arises out of Plaintiff's claim against Defendants under 42 U.S.C. § 1983. The R&R recommends that the Request be denied. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R. (R&R at 11 (citing 28 U.S.C. § 636(b)). Plaintiff filed objections through counsel on July 11, 2008. (Doc. # 30.)

The court has considered the objections and the entire record, briefs, evidence, and transcript of hearing concerning the Request, and has reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the Report and

1  Recommendation to which specific objections are made).  The court agrees with the
2  Magistrate Judge's determinations, accepts the recommended decision within the meaning
3  of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections.  *See* 28 U.S.C. §
4  636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in
5  part, the findings or recommendations made by the magistrate").

      IT IS THEREFORE ORDERED that the Report and Recommendation of Magistrate Judge Pyle (Doc. 28 ) is accepted.

      IT IS FURTHER ORDERED that Plaintiff's Request for Preventative Relief/Preliminary Injunction (Doc. # 5) is denied.  This action remains referred to Magistrate Judge Pyle.

DATED this 14th day of July, 2008.

_____
Neil V. Wake
United States District Judge